Erika A. Heath (Bar No. 304683)
**DUCKWORTH & PETERS LLP**
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel: (415) 433-0333
Fax: (415) 449-6556
erika@heathlegal.com

*Attorneys for Plaintiff
and the proposed Class*

Matthew H. Dawson (Bar No. 307350)
**KING & SPALDING LLP**
601 S. California Ave. Suite 100
Palo Alto, CA 94304
Tel: (650) 422-6725
Fax: (650) 422-6800
mdawson@kslaw.com

*Attorneys for Defendant*

Additional attorneys on signature page.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEWIS MORALES,<br><br>　　*Plaintiff*,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　*Defendant*. | Case No. 3:18-cv-01153-WHO<br><br>**STATUS REPORT AND STIPULATED MOTION AND ORDER TO TEMPORARILY STAY DEADLINES** |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Lewis Morales and Defendant Equifax Information Services LLC ("Equifax"), by counsel, as follows:

WHEREAS, pursuant to the Court's Order dated February 19, 2019 (Dkt. 57), Plaintiff Lewis Morales, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby provide this notice regarding the status of the case.

WHEREAS, the parties agreed to a nationwide settlement in *Thomas v. Equifax Info. Servs.*, LLC, No. 3:18-cv-00684-MHL (E.D. Va.) in April 2019. A motion for preliminary approval of that settlement was filed with the Court in E.D. Va. on April 17, 2019. The terms

of the settlement embrace the class claims pled in this litigation and would thus resolve all class claims in this case should it ultimately receive final approval from the court.

WHEREAS, the parties in the above-captioned matter have conferred and agree that in the interest of judicial economy, all proceedings in this matter should remain stayed until the settlement has been granted final approval in *Thomas,* and no further appeals remain.

IT IS NOW HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadlines in this case are stayed until fourteen (14) days following the final approval hearing in *Thomas* at which date the parties shall file a further status report with the Court. An endorsement ordering this further stay of deadlines appears at the bottom of this stipulation.

Dated: April 19, 2019                                   Respectfully submitted,

/s/ John Soumilas                                        /s/ Meryl W. Roper
James A. Francis (*pro hac vice*)                        Meryl W. Roper (*pro hac vice*)
John Soumilas (*pro hac vice*)                           Zachary A. McEntyre (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**                              John C. Toro (*pro hac vice*)
1600 Market Street, 25th Floor                           **KING & SPALDING LLP**
Philadelphia, Pennsylvania 19103                         1180 Peachtree St., NE
Tel: (215) 735-8600                                      Atlanta, GA 30309
Fax: (215) 940-8000                                      Tel: (404) 572-4600
jfrancis@consumerlawfirm.com                             Fax: (404) 572-5138
jsoumilas@consumerlawfirm.com                            mroper@kslaw.com
                                                         zmcentyre@kslaw.com
Monique Olivier (Bar No. 190385)                         jtoro@kslaw.com
**OLIVIER SCHREIBER & CHOA LLP**
201 Filbert Street, Suite 201
San Francisco, CA 94133
Tel: (415) 484-0980                                      Katherine M. Stein (*pro hac vice*)
monique@osclegal.com                                     **KING & SPALDING LLP**
                                                         500 W. 2nd Street
                                                         Austin, TX 78701
Robert S. Sola (*pro hac vice*)                          Tel: (512) 457-2000
**ROBERT S. SOLA P.C.**                                  Fax: (512) 457-2100
1500 SW First Avenue, Suite 800                          kstein@kslaw.com
Portland, OR 97201
Tel: (503) 295-6880
Fax: (503) 243-4546

rssola@msn.com

*Attorneys for Plaintiff*
*Lewis Morales and the Proposed Class*

*Attorneys for Defendant*
*Equifax Information Services LLC*

### ATTESTATION CLAUSE

I, Meryl W. Roper, am the ECF user whose identification and password are being used to file the foregoing Stipulation Motion and [Proposed] Order to Temporarily Stay Deadlines. In compliance with Local Rule of Civil Procedure 5-1(i)(3), I hereby attest that John Soumilas has concurred in the filing of this document.

Dated:  April 19, 2019

*/s  Meryl W. Roper*
Meryl W. Roper

**IT IS SO ORDERED**.

Dated:  April 24, 2019

The Honorable William H. Orrick
U.S. District Court Judge, Northern District of California